UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

William Wedge
                Plaintiff,

- *against* -

The Town Of New Castle
                Defendant(s),

ORDER

7-19-cv-00433-PED

**PAUL E. DAVISON, U.S.M.J.**

The Court having been advised that all claims asserted in the above entitled action are settled, it is hereby

ORDERED, that the above entitled action be and hereby is discontinued, without costs to any party, subject to reopening should the settlement not be concluded within forty-five (45) days of the date hereof.

Dated: November 20, 2019
White Plains, New York

SO ORDERED:

_____
Paul E. Davison
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Nov 20, 2019**